# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

SHANIKA R. HOBBS,

Plaintiff,

v.

COMPASS GROUP USA, INC.,

Defendant.

Case No. 24-CV-503-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Shanika R. Hobbs' motions to vacate the arbitration award, extend the time to produce evidence, and appoint a new arbitrator, ECF Nos. 35 and 36, be and the same are hereby **DENIED**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

LINDA M. KLEMM
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

June 18, 2026
Date